**FILED**
NOV 10 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# O+Z  Oppenheim + Zebrak, LLP

Matthew J. Oppenheim
7304 River Falls Drive
Potomac, MD 20854
301.299.4986
matt@oandzlaw.com

November 9, 2011

By Overnight Delivery and Email (abuse@cloudflare.com)

Re:   Infringements on www.elakiri.com

CloudFlare, Inc.
665 Third Street #207
San Francisco, CA 94107

Case: 1:11-mc-00619
Assigned To : Unassigned
Assign. Date : 11/10/2011
Description: Miscellaneous

Dear DMCA Agent:

    We represent the Entertainment Software Association ("ESA") and its member companies, including but not limited to Nintendo, 2K Games and Warner Bros. ESA is a U.S. trade association that represents the intellectual property interests of numerous companies that publish interactive games for video game consoles, personal computers, handheld devices and the Internet. We are authorized to act on behalf of ESA members who's copyright and other intellectual property rights ESA believes to be infringed as described herein.

    We are writing to notify you of extensive copyright infringement of video games that is occurring by virtue of the operation of the Internet Website www.Elakiri.com (the "Website") which is hosted on your ISP. This notice is being provided pursuant to the Digital Millennium Copyright Act and 17 USC § 512 to make you aware of material on your network or system that infringes the exclusive copyright and other rights of one or more ESA members. We demand that you immediately take steps to ensure that the Website does not infringe upon the copyrights of ESA's member companies, including but not limited to by removing or disabling access to the infringing video games. Given the quantity of infringement on the Website, we also request that you take action against the operator of the Website as a "repeat infringer," including terminating the account of the Website operator, if appropriate (see 17 U.S.C. §512(i)). Finally, we request that you take action against the operator of the Website to the extent the Website violates your terms of service.

    Attached is a list of some of the video games that are owned or controlled by ESA's members and that are being infringed directly and/or indirectly by the Website. The attachment describes the url location at which the infringing video games can be found. The attachment serves as a representative sample of the larger number of infringements on the

**RECEIVED**
NOV 10 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

Website for which you must immediately and permanently take action. This information is sufficient for you to locate the infringing activities and remove or disable access thereto.

We also demand that the Website immediately and permanently cease and desist the widespread and unauthorized use of the ESA members' trademarks and associated inherently distinctive trade dress ("Trademarks") associated with their video games. The use of the ESA members' Trademarks is certain to cause confusion, to cause mistake, and/or to deceive as to the affiliation, connection, or association of the Website with the ESA members, in violation of the Lanham Act (15 U.S.C. §§ 1051, et seq.).

We are providing this notice based on our good faith belief that the distribution of the video games owned by the ESA members via the Website is not authorized by the copyright owners, their agents, or the law. This notification is accurate, and under penalty of perjury, we are authorized to act on behalf of the owners of the exclusive rights that are being infringed. This letter is without prejudice to the rights and remedies of the ESA members' and their affiliates, all of which are expressly reserved.

Thank you for your cooperation and prompt response in this matter.

Sincerely,

Matthew J. Oppenheim

Attachment

2

Attachment

| Title | Publisher | Url | Date/Time |
|---|---|---|---|
| Mafia II | 2K Games | http://www.elakiri.com/forum/showthread.php?t=703194&page=3 | 10/20/2011, 1:38 pm EDT |
| Scooby Doo and the Spooky Swamp | Warner Bros. | http://www.elakiri.com/forum/showthread.php?t=883813 | 10/20/2011, 1:41 pm EDT |
| Wii Sports Resort | Nintendo | http://www.elakiri.com/forum/showthread.php?t=1167058 | 10/20/2011, 1:33 pm EDT |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In Re: DMCA Subpoena to CloudFlare, Inc.

**DECLARATION OF MATTHEW J. OPPENHEIM, ESQ.**

I, Matthew J. Oppenheim, declare and testify as follows:

1. I am a member of Oppenheim + Zebrak, LLP and an attorney admitted to practice law in the District of Columbia, among other jurisdictions. I represent the Entertainment Software Association ("ESA") and its member companies, including but not limited to Nintendo, Warner Bros. and 2K Games.

2. On behalf of the clients described above, I am seeking a subpoena pursuant to 17 U.S.C. §512(i) to identify the operator of Elakiri.com at which my clients' copyrighted works are being infringed. The purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and the information obtained therefrom will only be used for the purpose of protecting rights under 17 U.S.C. et seq.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of November, 2011 at Potomac, MD.

_____
Matthew J. Oppenheim

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

In Re DMCA Subpoena to Cloudflare, Inc.
_____
*Plaintiff*
v.
_____
*Defendant*

Misc.
Civil Action No. 11-619

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cloudflare, Inc.
665 Third Street, #207, San Francisco, CA 94107

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Identifying information for the operator(s) of www.elakiri.com, including but not limited to: name(s), address(es), telephone number(s), email address(es), and any other electronic address or contact information.

| Place: 7304 River Falls Drive, Potomac, MD 20854 matt@oandzlaw.com | Date and Time: 11/08/2011 10:05 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11-10-11

CLERK OF COURT
ANGELA D. CAESAR

_____    _____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* 2K Games, Warner Bros., an Nintendo of America. _____, who issues or requests this subpoena, are:

Matthew J. Oppenheim, Esq., Oppenheim + Zebrak, LLP, 7304 River Falls Drive, Potomac, MD 20854, matt@oandzlaw.com, 301-299-4986.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                                    *Server's signature*

                                  _____
                                                   *Printed name and title*


                                  _____
                                                      *Server's address*

Additional information regarding attempted service, etc: